IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISANDRA MEADOWS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-484-A |
| | § | |
| VALENTINE & KEBARTAS, INC., | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the notice of dismissal filed by plaintiff, Chrisandra Meadows, on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff against defendant, Valentine & Kebartas, Inc., be, and are hereby, dismissed without prejudice.

SIGNED August 16, 2010.

_____
JOHN McBRYDE
United States District Judge